Matter of Settlement of Anna Seebeck, Executrix. — Decree of surrogate affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Mary L. Van Slooten, Appellant, v Charles H. Wheeler, Executor. etc., Respondent. — Judgment reversed and new trial granted, with costs to abide event. Opinion by Barnard, P. J.

Albert D. Genung, Respondent, v. The New York and New England Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Henry C. Ditmas, Respondent, v. Berend Baas, Executor, etc., Appellant. — Judgment affirmed, without costs. Opinion by Pratt, J.; Dykman, J. not sitting.

Elizabeth Alsop, Respondent, v. The Southold Savings Bank, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Michael Brennan, Respondent, v. Patrick Brennan, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Theodore Maurer, Respondent, v. Armond Wolf and another, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.

John T. Barnard, Administrator, Appellant, v. John T. Gantz and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Ferdinand R. Minrath, Respondent, v. The Teachers' Land and Improvement Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

United States Trust Company of New York, Appellant, v. Philip V. R. Stanton and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Ruth A. Johnstone, Respondent, v. Eugene F. O'Connor, Appellant. — Order overruling demurrer to complaint and judgment therein affirmed, with costs. Opinion by Barnard, P J.; Pratt, J., not sitting.

T. Ella Carpenter, Respondent, v. Edgar Knapp, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Philira R. Pitcher, Plaintiff, v. James Robertson and others, Defendants. — Order affirmed, with costs. Opinion by Pratt, J.

Matter of Probate of Last Will of Henry Gagan.— Decree admitting will to probate affirmed, with costs. Opinion by Barnard, P. J.

Henry Helmke, Respondent, v. The New Jersey and New York Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Dennis Moxley, Respondent, v. New Jersey and New York Railroad Company, Appellant. — Judgment affirmed, with costs Opinion by Barnard, P. J.; Pratt, J., not sitting.

Matter of Petition for Disbarment of George G. Titus as an Attorney. — Application to disbar George G. Titus as an attorney of this court granted. Opinion by Dykman, J.

James B. Horton, Respondent, v. William H. S. Wood, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Thomas H. Robbins, Appellant, v. Edwin Beers and others, Respondents. —Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

John R. Drake. Appellant, v. The New York Iron Mine and others, Respondents. — Order overruling plaintiff's demurrer to fourth defense and judgment thus modified and affirmed, as modified, without costs. Order to be settled by Barnard, P. J. Opinion by Barnard, P. J.

Charles D. Henshaw, Appellant, v. The Pond's Extract Company. Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Walter Farrington, Executor, etc., Respondent,

v. The Farmers' Loan and Trust Company. Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Edwin A. Witham, Appellant, v. William C. Thomas and another, Respondents. —Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

George H. Kendall, Appellant, v. James W. Monk and another, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

James H. Watson and another, Appellants, v. Gardner T. Cone and another, Respondents.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Henry A. Coster and another, Respondents. v. Julia De L. Coster, Respondent, and Cornelia P. Coster, Appellant. — Decree for a sale in partition affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

In the Matter of Frank L. Ackerly, an Attorney. — Order that a copy of the charges be served on respondent, and that he answer the same at the next term of this court. Opinion by Dykman, J.

Edward Everett. Appellant, v. Georgie L. Morrison, Respondent. — Order vacating judgment reversed, with costs and disbursements, and motion denied, with costs. Opinion by Barnard, P. J.

In the Matter of the Claim of Mary L. Van Slooten, v. Charles H. Wheeler, as Executor, etc.—Judgment reversed and judgment ordered for the plaintiff and claimant for the full amount of the claim, interest and costs. Opinion by Dykman, J.

Charles B. Pitt and others, Respondents, v. Samuel C. Freed, Appellant. — Order reversed, with costs and disbursements, and motion granted, with costs. Opinion by Barnard, P. J.

Richard Gibbs, Respondent, v. The Dutchess County Mutual Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Addie V. Tuthill, Respondent, v. United Life Insurance Association, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Matter of Revocation of Last Will of Homer A. Nelson. — Order refusing application to revoke probate affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York ex rel. William A. Toohey and another v. The Board of Supervisors of Orange County. — Judgment for defendant upon return to writ of certiorari, with costs Opinion by Pratt, J.

The People of the State of New York ex rel. William A. Toohey and another. — Order denying motion for further return affirmed, with ten dollars costs. Opinion by Pratt, J.

Josiah J. White, Appellant, v. George C. Wood and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Abraham D. Covert, Respondent, v. David H. Valentine and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Viola Pierce, Plaintiff, v. George Pierce, Defendant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Jerry McCue. Respondent, v. The National Starch Manufacturing Company Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P J., not sitting.

William Sutton, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order denying new trial, affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

66   632
47ap300
47ap302

66   632
149a 582